# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

NOV 2 2 2011

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11CR4671-WQH |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| CHARLIE RODRIGUEZ (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

21:846 and 841(a)(1) - Conspiracy to Possess Marijuana with Intent to Distribute

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 21, 2011

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE